UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH SVRCINA,

       Plaintiff,

v.                                                                                    Case No. 10-CV-12107
                                                                   HON. MARK A. GOLDSMITH

WAL-MART STORES EAST, L.P.,
PACIFIC CYCLE, INC.,
NATIONAL ASSEMBLERS, INC.,

       Defendants.
_____/

## ORDER STRIKING DEFENDANT NATIONAL ASSEMBLERS, INC.'S MOTION FOR SUMMARY JUDGMENT

On May 2, 2011, Defendant National Assemblers, Inc. filed a Motion for Summary Judgment (Docket Entry #51). Defendant's motion does not comply with the Case Management and Scheduling Order filed by the Court January 3, 2011 (Docket Entry #39). Section II.B.2 of the Case Management and Scheduling Order requires that a brief begin with a Statement of Facts section consisting of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law. Accordingly, the Court strikes the motion and its accompanying exhibit (Docket Entry #52). A corrected brief may be filed no later than <u>two business days</u> from the date of this order or the dispositive motion cut-off date, whichever is later.

       IT IS SO ORDERED.

                                                          s/Mark A. Goldsmith
                                                          MARK A. GOLDSMITH
                                                          United States District Judge

Dated: May 13, 2011

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 13, 2011.

                                                s/Deborah J. Goltz
                                                DEBORAH J. GOLTZ
                                                Case Manager